# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JASON CASANAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2543

————————————————

April 29, 2026

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Jason M. Bard of Greater Tampa Law, PL, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.